IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LEE WHEELER,
Inmate No. 046120,
     Plaintiff,

vs.                                                          Case No.: 5:16cv96/LAC/EMT

CORIZON MEDICAL HEALTH
CARE SERVICES, et al.,
     Defendants.
_____/

## O R D E R

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 27, 2016 (ECF No. 34). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

     Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendant Bayolo's Motion to Dismiss (ECF No. 26) is **GRANTED** only to the extent that Plaintiff's state law claim for medical negligence or malpractice is **DISMISSED** without prejudice and that the motion is **DENIED** in all other respects.

3.    Plaintiff's "Motion to Submit Relevant Documents and Plaintiff's Motion For Summary Judgment" (ECF No. 32) is **DENIED** without prejudice.

4.    The Affidavits generally submitted by Plaintiff (ECF Nos. 15–20) are **STRICKEN** and shall be returned to him.

**DONE AND ORDERED** this 11th day of January, 2017.


        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**