IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMY LEE WHEELER,
    Plaintiff,

vs.                                               Case No.: 5:16cv96/LAC/EMT

J. BAYOLO, M.D.,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 5, 2018 (ECF No. 61). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant Dr. Jay Bayolo's Motion for Summary Judgment (ECF No. 41) is **GRANTED**.

3.	Plaintiff's "Motion for a Judgment on Pending Motion for Recovery; For Summary Judgment" (ECF No. 39) is **DENIED**.

4.	All other pending motions are **DENIED** as moot.

5.	The clerk of court is directed to enter judgment in favor of Defendant and against Plaintiff and close the file.

**DONE AND ORDERED** this 16th day of February, 2018.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**